This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IRENE FRANCO,**

Plaintiff-Appellant,

**v.**                                                    **No. 31,675**

**WILLIAM FEINGOLD, et al.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
Nan G. Nash, District Judge

Irene Franco
Albuquerque, NM

Pro Se Appellant

Simone, Roberts & Weiss PA
Randal William Roberts
Albuquerque, NM

for Appellee William Feingold

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

---

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

---

**JONATHAN B. SUTIN, Judge**

---

**LINDA M. VANZI, Judge**